# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 5, 2019

158057-8

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ELAZAR ALEXANDER WITHERS,
      Defendant-Appellant.

_____/

SC: 158057
COA: 335253
Wayne CC: 16-003026-FC

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ELAZAR ALEXANDER WITHERS,
      Defendant-Appellant.

_____/

SC: 158058
COA: 336897
Wayne CC: 16-004902-FC

On order of the Court, the application for leave to appeal the May 15, 2018 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 5, 2019



Clerk

a0225